UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RETIREMENT FUND, et al. | : |
| *Plaintiffs*, | : NO.  20-3741 |
| v. | : |
| BEST WESTERN'S ALBANY AIRPORT INN | : |
| *Defendant*. | : |

## VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs, by and through counsel, hereby give notice that the above captioned action is voluntarily dismissed without prejudice against Defendant Best Western's Albany Airport Inn.

CLEARY, JOSEM & TRIGIANI LLP

BY: */s/ William T. Josem*
WILLIAM T. JOSEM, ESQUIRE
CASSIE R. EHRENBERG, ESQUIRE
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
(215) 735-9099

Dated: August 27, 2020